UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ELIZABETH CAWRAY,

        Plaintiff,

- against -

PERSONAL-TOUCH HOME CARE OF N.Y., INC.,

        Defendant.

Civil Action No.:
1:21-cv-1:19-cv-05083 (DG) (TAM)

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, no party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Elizabeth Cawray and Defendant Personal-Touch Home Care of N.Y., Inc., through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that with respect to the above-captioned action, all claims asserted therein by Plaintiff against Defendant be dismissed in their entirety, with prejudice, and with no award of attorneys' fees costs and/or disbursements to any party.

By: _____
Joshua M. Friedman, Esq.

PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW, PLLC
585 Stewart Avenue, Suite 410
Garden City, NY 11530
(212) 248-7431
*Attorneys for Plaintiff*
Dated: 3/15, 2022

By: _____
Felice B. Ekelman, Esq.
Ryan C. Chapoteau, Esq.

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4000
*Attorneys for Defendant*
Dated: March 16, 2022

SO ORDERED: _____